RAMSEY v. GOODFELLOW.

Appeal from St. Louis Court of Common Pleas.

SMITH for Appellant.

POLK for appellee.

*Opinion of the Court, delivered by Scott, Judge.*

This cause is, in all respects, similar to that of Weber v. Schinicsser, decided at this term : and the principle of that case will determine it.

Judgment affirmed.